**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | |
|---|---|
| IN RE: APPEAL OF JENNERSVILLE HOSPITAL, LLC FROM THE DECISION OF THE CHESTER COUNTY BOARD OF ASSESSMENT APPEALS FOR PROPERTY LOCATED AT 1015 WEST BALTIMORE PIKE, PENN TOWNSHIP, CHESTER COUNTY, PENNSYLVANIA | : No. 262 MAL 2023<br>:<br>:<br>: Petition for Allowance of Appeal<br>: from the Order of the<br>: Commonwealth Court<br>:<br>:<br>: |
| PETITION OF: JENNERSVILLE HOSPITAL, LLC | :<br>: |
| IN RE: APPEAL OF JENNERSVILLE HOSPITAL, LLC FROM THE DECISION OF THE CHESTER COUNTY BOARD OF ASSESSMENT APPEALS FOR PROPERTY LOCATED AT 1015 WEST BALTIMORE PIKE, PENN TOWNSHIP, CHESTER COUNTY, PENNSYLVANIA | : No. 263 MAL 2023<br>:<br>:<br>: Petition for Allowance of Appeal<br>: from the Order of the<br>: Commonwealth Court<br>:<br>:<br>: |
| PETITION OF: JENNERSVILLE HOSPITAL, LLC | :<br>: |

## ORDER

**PER CURIAM**

    **AND NOW**, this 5th day of December, 2023, the Petition for Allowance of Appeal and the Application for Leave to File Amicus Brief are **DENIED**.